

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00344-CV

IN RE A.K.                                                          RELATOR

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. CV13-1430

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and all related filings and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL: LIVINGSTON, C.J.; WALKER and GABRIEL, JJ.

DELIVERED: December 11, 2014

---

[1]See Tex. R. App. P. 47.4, 52.8(d).